UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

MARGARET MARSALA, WILLIAM FOWLER, and
MICHAEL ROSARIO,

                                        Plaintiffs,

                   -against-

CITY OF NEW YORK, STEPHEN BONUSO, ANDREW
HILLERY, MICHAEL LOPRESTI, CARL WATSON,
CESAR BRENES, STEVEN SPOSITO, JAMES POLO,
NEIVA CENTENO, CHARLES FICO, STEPHANI
SANCHEZ, JAN RAK, DOMINICK CAPUANA, "JOHN"
COBATO, and JOHN and JANE DOE 1 through 10,
individually and in their official capacities, (the names John
and Jane Doe being fictitious, as the true names are
presently unknown),

                                 Defendants.

-------------------------------------------------------------------- x

**SUGGESTION OF DEATH
UPON THE RECORD OF
PLAINTIFF
ENLIL WASHINGTON
PURSUANT TO FRCP 25(a)**

11 CV 5612 (PKC)(RML)

          **PLEASE TAKE NOTICE** that defendants City of New York, Stephen Bonuso,

Andrew Hillery, Michael Lopresti, Carl Watson, Cesar Brenes, James Polo, Neiva Centeno,

Charles Fico, Stephani Sanchez, Jan Rak, Dominick Capuana, by their attorney, Zachary W.

Carter, Corporation Counsel of the City of New York, pursuant to Rule 25(a) of the Federal

Rules of Civil Procedure, respectfully submit, as follows:

          On November 18, 2015, Senior Counsel Joshua J. Lax, counsel for defendants,

was informed of the death of plaintiff Margaret Marsala by plaintiffs' counsel, Brett H. Klein,

Esq.  Plaintiff's counsel did not indicate the date of Ms. Marsala's death.

          **WHEREFORE**, pursuant to Rule 25 of the Federal Rules of Civil Procedure,

defendant suggests upon the record Margaret Marsala is deceased, and that any motion for

substitution of a proper party be timely made within ninety days of this date.

Dated:  New York, New York
        November 18, 2015

                                        ZACHARY W. CARTER
                                        Corporation Counsel of the
                                        City of New York
                                        *Attorney for Defendants*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 356-3538

                                        _____/s/_____

                                          JOSHUA J. LAX
                                          Senior Counsel

cc:     Brett H. Klein, Esq. (By ECF)
        *Attorney for Plaintiffs*